1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendant

7

8                  IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  KRISTINE LEVITOFF,                    Case No.  2:11-cv-01149 JAM EFB

12          Plaintiff,                    STIPULATION EXTENDING TIME FOR
                                          SECRETARY TO RESPOND TO FIRST
13      v.                                AMENDED COMPLAINT; ORDER

14  THOMAS J. VILSACK, Secretary of the
    United States Department of Agriculture,
15
            Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION EXTENDING TIME FOR
    SECRETARY TO RESPOND TO
    FIRST AMENDED COMPLAINT; ORDER              1

PDF created with pdfFactory trial version www.pdffactory.com

1       Plaintiff Kristine Levitoff and defendant Thomas J. Vilsack, Secretary of the United States

2   Department of Agriculture ("Secretary"), through their respective counsel, hereby stipulate and agree

3   that the Secretary may have an extension of time to respond to plaintiff's first amended complaint

4   (Docket 9) from December 5, 2011 to and including December 23, 2011.

5                                            Respectfully submitted,

6

7   DATED:  November 30, 2011          By:    /s/ Joseph A. Howell
                                               JOSEPH A. HOWELL
8                                              Attorney for Plaintiff
                                               KRISTINE LEVITOFF
9

10  DATED:  November 30, 2011               BENJAMIN B. WAGNER
                                             United States Attorney
11
                                       By:    /s/ Lynn Trinka Ernce
12                                            LYNN TRINKA ERNCE
                                              Assistant United States Attorney
13                                            Attorneys for Defendant

14

15                                 **ORDER**

16  IT IS SO ORDERED.

17  DATED:   11/30/2011              /s/ John A. Mendez
                                     JOHN A. MENDEZ
18                                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28  STIPULATION EXTENDING TIME FOR
    SECRETARY TO RESPOND TO
    FIRST AMENDED COMPLAINT; ORDER                2

PDF created with pdfFactory trial version www.pdffactory.com