1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendant

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  KRISTINE LEVITOFF,                    Case No.  2:11-cv-01149 JAM AC

12            Plaintiff,                  **STIPULATION REQUESTING
                                          MODIFICATION OF SCHEDULING
13       v.                               ORDER**

14  THOMAS J. VILSACK, Secretary, U.S.
    Department of Agriculture,
15
              Defendant.
16

17       Defendant Thomas J. Vilsack, Secretary of the United States Department of Agriculture, and

18  plaintiff Kristine Levitoff, by and through their undersigned counsel, hereby stipulate and agree as

19  follows:

20       1.    On February 13, 2012, the Court entered its Status (Pretrial Scheduling) Order for

21  the case.  Docket 14.

22       2.    The scheduling order set the following discovery and motion deadlines:

23            Plaintiff's Expert Witness Disclosure      January 18, 2013
              Defendant's Expert Witness Disclosure      February 15, 2013
24            Supplemental/Rebuttal Expert Witnesses     March 5, 2013
              Joint Mid-Litigation Statement             April 5, 2013
25            Discovery Cutoff                            April 19, 2013
              Dispositive Motions (filed by)             June 5, 2013
26            Dispositive Motions (heard by)             July 10, 2013
              Joint Pretrial Conference Statement        September 6, 2013
27            Final Pretrial Conference                  September 13, 2013
              Trial Briefs                               October 7, 2013
28            Trial                                      October 21, 2013

STIPULATION REQUESTING MODIFICATION
OF SCHEDULING ORDER
                                        1

3.      For a number of months, the parties have been engaged in settlement negotiations in an attempt to resolve this case.  At this time, the parties wish to attempt to reach a settlement by attending a private mediation.  Given counsels' work schedules and their upcoming holiday and vacation schedules, the parties will attempt to schedule private mediation to occur in late January 2013.

4.      Because plaintiff's expert witness disclosure deadline is in mid-January, with other dates following thereafter, the parties believe that good cause exists for the Court to modify its scheduling order to accommodate the parties' interest in participating in private mediation.  The parties would prefer not to have to incur the substantial time and expense associated with expert and non-expert discovery at this time if it is possible that the case may resolve at mediation.

5.      Accordingly, the parties agree to request that the Court modify the scheduling order as follows:

|  | Old Date | New Date |
|---|---|---|
| Plaintiff's Expert Witness Disclosure | ~~January 18, 2013~~ | March 1, 2013 |
| Defendant's Expert Witness Disclosure | ~~February 15, 2013~~ | March 29, 2013 |
| Supplemental/Rebuttal Expert Witnesses | ~~March 5, 2013~~ | April 12, 2013 |
| Joint Mid-Litigation Statement | ~~April 5, 2013~~ | April 26, 2013 |
| Discovery Cutoff | ~~April 19, 2013~~ | May 15, 2013 |
| Dispositive Motions (filed by) | June 5, 2013 | |
| Dispositive Motions (heard by) | July 10, 2013 | |
| Joint Pretrial Conference Statement | September 6, 2013 | |
| Final Pretrial Conference | September 13, 2013 | |
| Trial Briefs | October 7, 2013 | |
| Trial | October 21, 2013 | |

///

///

///

///

///

///

///

///

///

1    6.    Since the parties are not asking the Court to modify the dispositive motion, pretrial, or

2    trial dates at this time, the requested modification of the scheduling order will not prejudice either

3    party, and should not negatively impact the Court's schedule for this case.

4

5                                             Respectfully submitted,

6    DATED:  November 29, 2012               BENJAMIN B. WAGNER
                                             United States Attorney
7
                                     By:    /s/ Lynn Trinka Ernce
8                                            LYNN TRINKA ERNCE
                                             Assistant United States Attorney
9

10   DATED:  November 29, 2012

11
                                     By:    /s/ Joseph A. Howell
12                                           JOSEPH A. HOWELL
                                             Attorneys for Plaintiff
13

14

15

16                                    **ORDER**

17   IT IS SO ORDERED.

18   Dated:  11/29/2012               /s/ John A. Mendez
                                      JOHN A. MENDEZ
19                                    UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION REQUESTING MODIFICATION
OF SCHEDULING ORDER
                                        3