1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2720
   Facsimile:   (916) 554-2900
5
6  Attorneys for Defendant
7
8           IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 | KRISTINE LEVITOFF, | Case No.  2:11-cv-01149 JAM AC |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR ADDITIONAL TIME TO FILE DISMISSAL DOCUMENTS; ORDER** |
| v. | |
| THOMAS J. VILSACK, Secretary, U.S. Department of Agriculture, | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| Defendant. | |

1  The parties reached a settlement of this action at mediation on February 1, 2013, and the
2  Secretary filed a Notice of Settlement on February 4, 2013.  Docket 19.  The Court ordered the parties to
3  file dismissal documents by March 1, 2013.  Docket 20.  The Secretary promptly submitted a settlement
4  payment request to the Judgment Fund for payment, but payment has not yet been made to plaintiff.
5  The parties request that the Court extend the time for the parties to file the dismissal documents by an
6  additional 30 days, to April 1, 2013, to allow time for payment to be made to plaintiff before dismissal.

Respectfully Submitted,

DATED:  February 27, 2013

BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED:  February 27, 2013

   /s/ Joseph A. Howell
JOSEPH A. HOWELL
Attorney for Plaintiff

## **ORDER**

**IT IS SO ORDERED.**

DATED:  February 27, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE