1 | BENJAMIN B. WAGNER
United States Attorney
2 | LYNN TRINKA ERNCE
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900
5
6 | Attorneys for Defendant
7
8 | IN THE UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA
10
11 | KRISTINE LEVITOFF,                          Case No.  2:11-cv-01149 JAM AC
12 |         Plaintiff,                         **STIPULATION OF DISMISSAL; ORDER**
13 |     v.
                                                 [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
14 | THOMAS J. VILSACK, Secretary, U.S.
     Department of Agriculture,
15
             Defendant.
16

1  Plaintiff Kristine Levitoff and defendant Thomas J. Vilsack, Secretary, United States Department
2  of Agriculture, hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
3  Civil Procedure, plaintiff's claims and the entire action are dismissed with prejudice, each party to bear
4  his or her own costs.

5  DATED: March 18, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney

                                    By:     /s/ Lynn Trinka Ernce
                                            LYNN TRINKA ERNCE
                                            Assistant United States Attorney

9  DATED: March 18, 2013

                                            /s/ Joseph A. Howell
                                            JOSEPH A. HOWELL
                                            Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED:   March 18, 2013                     /s/ John A. Mendez

                                            JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE