1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2720
   Facsimile:   (916) 554-2900
5
6  Attorneys for Defendant
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 KRISTINE LEVITOFF,                    Case No.  2:11-cv-01149 JAM AC

12        Plaintiff,                    **STIPULATION OF DISMISSAL;
                                         ORDER**
13        v.
                                         [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
14 THOMAS J. VILSACK, Secretary, U.S.
   Department of Agriculture,
15
          Defendant.
16

17
18
19
20
21
22
23
24
25
26
27
28

1   Plaintiff Kristine Levitoff and defendant Thomas J. Vilsack, Secretary, United States Department
2   of Agriculture, hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
3   Civil Procedure, plaintiff's claims and the entire action are dismissed with prejudice, each party to bear
4   his or her own costs.

5   DATED: March 18, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney
6
                                      By:    /s/ Lynn Trinka Ernce
7                                            LYNN TRINKA ERNCE
                                             Assistant United States Attorney
8

9   DATED: March 18, 2013

10                                           /s/ Joseph A. Howell
                                             JOSEPH A. HOWELL
11                                           Attorney for Plaintiff

12

13                                          **ORDER**

14  **IT IS SO ORDERED.**

15  DATED:   March 18, 2013                  /s/ John A. Mendez

16                                           JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE
17